United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 26, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30340
Summary Calendar

_____

RICKY JOSEPH ALEX,

                                          Plaintiff-Appellant,

versus

RICHARD L. STALDER; VENETIA MICHAELS; JERRY GOODWIN;
RAY HANSON; JAMIE FUSSELL; RIOS, Sgt.; TONY TOBIN;
RICKY ANDREWS; TONY WAINRIGHT,

                                          Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 03-CV-30
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Ricky Joseph Alex (Alex), Louisiana prisoner # 98130, seeks
to appeal from an order denying as premature his motion for
service of process of his civil rights complaint filed pursuant
to 42 U.S.C. § 1983.  He argues that he is entitled to service of
his complaint pursuant to FED. R. CIV. P. 4(c)(2).

    The district court's order is not a final order appealable
under 28 U.S.C. § 1291.  See Askanase v. Livingwell, Inc., 981

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.2d 807, 810 (5th Cir. 1993).  Nor is the order in the class of interlocutory orders subject to appeal under 28 U.S.C. § 1292(a)(1)-(3).  The district court did not certify the order as final pursuant to FED. R. CIV. P. 54(b) or as appealable pursuant to 28 U.S.C. § 1292(b).  The order also is not appealable pursuant to the collateral order doctrine.  See Brinar v. Williamson, 245 F.3d 515, 517-18 (5th Cir. 2001).  Therefore, we lack jurisdiction to hear Alex's appeal from the district court's order.  See id. at 518.

APPEAL DISMISSED.